UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JORGE MARIO BAJXAC HERNANDEZ    CIVIL ACTION NO. 26-0429
                                                        SECTION P
VS.

                                            JUDGE DAVID C. JOSEPH

BRIAN ACUNA, ET AL.                 MAGISTRATE JUDGE KAYLA D.
                                            MCCLUSKY

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc 13] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Jorge Mario Bajxac Hernandez's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 12th day of May 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE